UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                                    Case No. 6-05-bk-4071
                                                          Chapter 7
**YOGESH B. DESAI**
**SHEELA Y. DESAI,**

_____Debtor(s)._____)

## MOTION TO AVOID LIEN OF CITY OF ALTAMONTE SPRINGS

PURSUANT TO M.D. FLA. L.B.R. 2002-4, THE COURT WILL CONSIDER THIS MOTION WITHOUT FURTHER NOTICE OR HEARING UNLESS A PARTY IN INTEREST FILES AN OBJECTION WITHIN TWENTY (20) DAYS FROM THE DATE OF SERVICE OF THIS PAPER.  IF YOU OBJECT TO THE RELIEF REQUESTED IN THIS PAPER, YOU MUST FILE YOUR OBJECTION WITH THE CLERK OF THE COURT AT 135 WEST CENTRAL BLVD., SUITE 950, ORLANDO, FLORIDA, 32801, AND SERVE A COPY ON THE MOVANT'S ATTORNEY, ROBERT H. PFLUEGER, ESQUIRE, ROBERT H. PFLUEGER, P.A., 377 MAITLAND AVENUE, SUITE 1002, ALTAMONTE SPRINGS, FL  32701.

IF YOU FILE AND SERVE AN OBJECTION WITHIN THE TIME PERMITTED, THE COURT WILL SCHEDULE A HEARING AND YOU WIL BE NOTIFIED.  IF YOU DO NOT FILE AN OBJECTION WITHIN THE TIME PERMITTED, THE COURT WILL CONSIDER THAT YOU DO NOT OPPOSE THE GRANTING OF THE RELIEF REQUESTED IN THE PAPER, WILL PROCEED TO CONSIDER THE PAPER WITHOUT FURTHER NOTICE OR HEARING, AND MAY GRANT THE RELIEF REQUESTED.

The Debtor(s), SHEELA Y. DESAI and YOGESHA B. DESAI, moves, pursuant to 11 U.S.C. Section 522(f)(1) and Bankruptcy Rules 4033 and 9014, to avoid the lien of CITY OF ALTAMONTE SPRINGS (the "Lienholder"), and says:

## UNSWORN DECLARATION OF PENALTY OF PERJURY

I, Declare under penalty of perjury under the laws of the United States that the information contained in the foregoing Motion to Avoid Lien of City of Altamonte Springs to be true and correct to the best of my knowledge, information and belief.

X _____  X _____
DEBTOR – **YOGESH B. DESAI**              DEBTOR – **SHEELA Y. DESAI**


I HEREBY CERTIFY that a copy of the foregoing Motion to Avoid Lien of City of Altamonte Springs has been served either by electronic transmission or by United States first class mail postage prepaid to the following:

Debtor(s): Yogesh & Sheela Desai, 1304 Hampshire Place Circle, Altamonte Springs, FL 32714;

Lienholder: City of Altamonte Springs, c/o Mary Lynn Sneed, Esquire, 28 West Central Blvd., Orlanod, FL 32801;

U S Trustee: 135 West Central Blvd., Suite 620, Orlando, FL 32801;

Efrain Aponte, Trustee, PO Box 916128, Longwood, FL 32791.

Dated this 25th day of April, 2005.

_____
Robert H. Pflueger, Esq.
ROBERT H. PFLUEGER, P.A.
Attorney for Debtor
377 Maitland Avenue, Suite 102
Altamonte Springs, FL 32701
Telephone (407) 339-2022
Facsimile (407) 339-5271
Florida Bar No. 333794

IN THE COUNTY COURT IN AND FOR SEMINOLE COUNTY, FLORIDA

CITY OF ALTAMONTE SPRINGS
a Florida municipal corporation,

    Plaintiff,

vs.                             CASE NO.:03-SC-003554

SHEELA Y. DESAI and
YOGESH B. DESAI,

    Defendants.
_____/

MARYANNE MORSE, CLERK OF CIRCUIT COURT
SEMINOLE COUNTY
BK 05125 PG 1272
CLERK'S # 2003217181
RECORDED 12/08/2003 04:00:31 PM
RECORDING FEES 0.00
RECORDED BY L Woodley

### FINAL JUDGMENT FOR PLAINTIFF

THIS ACTION was heard after an entry of default against Defendant, YOGESH B. DESAI, and Affidavit of Non-Payment filed, and

IT IS ORDERED AND ADJUDGED that Plaintiff, CITY OF ALTAMONTE SPRINGS, 225 Newburyport Ave., Altamonte Springs, Fl 32701, recover from Defendants, SHEELA Y. DESAI and YOGESH B. DESAI, the principal sum of **$1,000.00** that shall bear interest at the rate of 6% per annum for which let execution issue.

This Court retains jurisdiction to award supplemental attorney's fees.

DONE AND ORDERED in Sanford, Seminole County, Florida, on the 26 day of November, 2003.

_____
COUNTY COURT JUDGE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished this 26 day of November, 2003, by first-class, U.S. mail, to: Sheela Y. Desai and Yogesh B. Desai at 1304 Hampshire Place Circle, Altamonte Springs, Florida 32714

_____
Judicial Assistant

CERTIFIED COPY
MARYANNE MORSE
CLERK OF CIRCUIT COURT
SEMINOLE COUNTY, FLORIDA
BY: _____
DEPUTY CLERK
Jan. 15, 2004

C:\Karen-Official\ML\SI.ALARM\Pending-Hold\Desai\FJ.wpd